LOUIS SCHROEDER *vs.* FRANK HARRIS, impleaded, etc.

April 16, 1890.

Appeal from Justice—Dismissal instead of Affirmance—Harmless
Error.—From a careful examination of the record in this action, it is
manifest that the proceedings in justice's court, which resulted in a judg-
ment against this appellant, were regular and sufficient in every particu-
lar. *Held* that, even if the district court erred in dismissing an appeal
upon questions of law alone, instead of affirming said judgment, (on
which no opinion is expressed,) the error was without prejudice.

Appeal by defendant Harris from an order of the district court for
Becker county, *Mills,* J., presiding, dismissing his appeal (on ques-
tions of law only) from a judgment of $34.46 against him in jus-
tice's court, on the ground that it was described in the notice of ap-
peal as a judgment of $2.50.

*W. W. Rossman* and *Jeff H. Irish,* for appellant.

*C. M. Johnston* and *Walter J. Trask,* for respondent.

COLLINS, J.    Appeal from an order of the district court dismissing
an appeal, upon questions of law alone, from a judgment rendered
in justice's court.   We have carefully examined the very full and
complete record of the proceedings in the trial court, and it is mani-
fest that no error can be found therein.   If, therefore, the district
court committed a mistake in dismissing the appeal, as to which we
express no opinion, it was without prejudice to the appellant.   In-
stead of having the justice's judgment affirmed, as it should have
been on the record, there was simply a dismissal of the appeal.   Of
this result the appellant ought not to complain.

Order affirmed.